UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DERRICK G. RAGAN, :
         Petitioner, :
    v. : No. 2:00-cv-2092
 :
COMMISSIONER MARTIN HORN and :
DONALD T. VAUGHN, :
         Respondents. :

**O R D E R**
**Report and Recommendation, ECF No. 156 – Adopted in Part**

**AND NOW**, this 29th day of March, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 156, is **ADOPTED in part**, as provided in the accompanying Memorandum;

2. The Amended Habeas Petition, ECF No. 122, is **DISMISSED**;

3. A certificate of appealability is issued as to Claims II(B)[1], III(2)[2], and V[3], and is denied as to all other claims; and

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Claim II(B) raises trial counsel's ineffectiveness for failing to interview and call Martino Crews.
[2] Claim III(2) asserts prosecutorial misconduct in the questioning of Varsella Guilford.
[3] Claim V alleges trial counsel's ineffectiveness for failing to object to Victor Ragan's hearsay statements.